UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY CANTWELL,

      Plaintiff,

v.                                                          Case No.: 8:25-cv-520-WFJ-AAS

FRANK BISIGNANO,
Commissioner of the Social
Security Administration,[1]

      Defendant.
_____/

## REPORT AND RECOMMENDATION

The Commissioner of Social Security (Commissioner) moves to remand this action to an administrative law judge to offer the plaintiff an opportunity for a supplemental hearing and issue a new decision. (Doc. 16). This request is unopposed. (*Id.* at p. 1).

Accordingly, the undersigned **RECOMMENDS** that the Commissioner's unopposed motion for entry of judgment with remand (Doc. 16) be **GRANTED**. The court recommends this case be remanded under sentence four of 42 U.S.C.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Under Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Bisignano should be substituted as the defendant in this suit. No further action needs to be taken to continue this suit through the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

§ 405(g), and the Clerk be directed to enter a judgment in accordance with Fed.
R. Civ. P. 58, consistent with the decision in *Shalala v. Schaefer*, 509 U.S. 292,
296-302 (1993).

    **ENTERED** in Tampa, Florida, on August 12, 2025.

*Amanda Arnold Sansone*
—————————————————
AMANDA ARNOLD SANSONE
United States Magistrate Judge

## NOTICE TO PARTIES

    The parties have fourteen days from the date they are served a copy of
this report to file written objections to this report's proposed findings and
recommendations or to seek an extension of the fourteen-day deadline to file
written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to
object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right
to challenge on appeal the district court's order adopting this report's
unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.