UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY CANTWELL,

     Plaintiff,

v.                                                                          Case No. 8:25-cv-520-WFJ-AAS

FRANK BISIGNANO,
Commissioner of the Social
Security Administration,

     Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant Commissioner of the

Social Security's ("Commissioner") unopposed motion to enter a judgment in

Plaintiff's favor with reversal and remand pursuant to sentence four of 42 U.S.C. §

405(g) (Dkt. 16), and the report filed by the United States Magistrate Judge

recommending that the decision of the Commissioner be reversed, and the matter

remanded, and judgment entered in accordance with Fed. R. Civ. P. 58, consistent

with the decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993) (Dkt. 17).

The Commissioner asserts that on remand, the Administrative Law Judge be

instructed to:

> [O]ffer the claimant an opportunity for a supplemental hearing and
> issue a new decision.

No objections have been filed, and the time for doing so has passed. The Court agrees with the Magistrate Judge and orders as follows:

1.      The Report and Recommendation (Dkt. 17) is adopted and confirmed in all respects and made a part of this Order.

2.      The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Dkt. 16) is **GRANTED**.

3.      The Commissioner's decision is **REVERSED**, and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner consistent with this Order and the Report and Recommendation.

4.      The Clerk is directed to enter final judgment for Plaintiff in accordance with Fed. R. Civ. P. 58, consistent with the decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993), to terminate all pending motions, and close the case.

       **DONE AND ORDERED** at Tampa, Florida, on August 26, 2025.

                                                    _____
                                                    **WILLIAM F. JUNG**
                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of record